IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN D WEE,                              No C-04-0616 VRW

    Plaintiff,                          ORDER

      v

CHARLES SCHWAB & CO INC,

    Defendant.
_____/

    The case at bar was stayed pending arbitration and plaintiff last filed a status report on January 28, 2005. Since that time, nothing on the court's docket indicates the current status of this case. Accordingly, the court ORDERS that the parties submit a written status report to the court by August 23, 2005. In the alternative, the parties may contact the court's deputy, Cora Delfin, to set a date for a status conference.

    IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States Chief District Judge