IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D WEE, | No   C-04-0616 VRW |
|     Plaintiff, | ORDER |
|     v | |
| CHARLES SCHWAB & CO, INC, et al, | |
|     Defendants. | |

The case at bar was stayed pending arbitration and plaintiff last filed a status report on August 22, 2005. Since that time, nothing on the court's docket indicates the current status of this case. Accordingly, the court ORDERS that the parties submit a written status report to the court by April 25, 2006. In the alternative, the parties may contact the court's deputy, Cora Delfin, to set a date for a status conference.

IT IS SO ORDERED.

/s/ Vaughn Walker

VAUGHN R WALKER
United States District Chief Judge